NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−16−13075−btb |
| R & D TECHNOLOGIES, LLC | CHAPTER 7 |
| Debtor(s) | FINAL DECREE |

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that BRIAN D. SHAPIRO is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 10/2/19

Mary A. Schott
Clerk of Court